IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

KIRBY VAN EZELL,                             *

          Plaintiff,                      *

v.                                             Case No.5:24-cv-00468-MTT-AGH

                                       *

SGT ZACHARIAH FILIPOVICH et al.,

                                       *

          Defendants.

                                       *

## J U D G M E N T

Pursuant to this Court's Order dated June 23, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

    This 23rd day of June, 2026.

                            David W. Bunt, Clerk

                            s/ Erin Pettigrew, Deputy Clerk